IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LARRY HOCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-04030-CV-W-NKL-SSA |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pending before the Court is Plaintiff Larry Hockett's ("Hockett") Motion for Attorney's Fees [Doc. 13]. On August 1, 2005, the Court granted Hockett's Motion to Reverse the ALJ's decision with instructions to grant benefits. (Order [Doc. 11].) The Court also directed the Clerk of the Court to enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. *Id.*

Pursuant to 28 U.S.C. § 2412, the Court may award reasonable attorney's fees to the prevailing party in any civil action brought against any official of the United States acting in his or her official capacity. The parties agree that Hockett is entitled to $2,612.50 in attorney's fees and $8.84 in expenses). After consideration, the Court finds that the award agreed to by the parties is reasonable.

Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Attorney's Fees [Doc. 13] is GRANTED.

1

Plaintiff is awarded $2,612.50 in attorney's fees and $8.84 in expenses.

s/ Nanette K. Laughrey  
NANETTE K. LAUGHREY  
United States District Judge

Dated: November 9, 2005  
Jefferson City, Missouri

2

Case 2:05-cv-04030-NKL   Document 17   Filed 11/09/05   Page 2 of 2